FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

TERRA SENESAC,

　　　　　**Plaintiff,**

v.                                                    **Case No. 3:12-cv-1193-J-20JRK**

SANTANDER CONSUMER USA, INC.,

　　　　　**Defendant.**
_____/

## O R D E R

　　**THIS CAUSE** is before this Court on the parties "Joint Motion for Entry of Scheduling Order" (Dkt. 10).

　　Plaintiff initiated this action by filing a putative Class Action Complaint on October 30, 2012. (Dkt. 1). Defendant filed its Answer on December 17, 2012. (Dkt. 5).

　　On January 16, 2013, the parties requested an extension of the time for Plaintiff to File a Motion for Class Certification. This Court granted that request on January 18, 2013, and extended Plaintiff's deadline for moving for class certification until July 30, 2013. Thereafter, the parties filed a "Case Management Report of Parties — Dealing Only with Class Action Issues." (Dkt. 9). Now the parties are asking this Court to enter a scheduling order, and once again they request that the deadline for class certification be extended until October 31, 2013.

　　According, it is **ORDERED:**

　　1. The parties "Joint Motion for Entry of Scheduling Order" (Dkt. 10) is **GRANTED** in part;

　　2. The deadline for class certification is extended until October 31, 2013; and

3. The parties are directed to file, within fourteen (14) days of the date of this Order, a joint Amended Case Management Report that contains complete information; including but not limited to trial dates.

**DONE AND ENTERED** at Jacksonville, Florida, this 2 4 day of July, 2013.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Robert L. Peters, Esq.
Robert Franklin Springfield, Esq.

2